UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  16-22591-Civ-COOKE/TORRES
(09-20870-Cr-COOKE)

TIMOTHY CHATFIELD,

     Petitioner,

vs.

UNITED STATES OF AMERICA,

     Respondent.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DENYING CERTIFICATE OF APPEALABILITY**

THIS MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge, pursuant to 28 U.S.C. §636(b)(1)(B), Rules 8 and 10 of the Rules Governing Section 2255 Cases in the United States District Courts, and Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters (ECF No. 10).  On March 2, 2017, Judge Torres issued a Report and Recommendation (ECF No. 14) recommending that Petitioner's Motion to Correct Sentence under 28 U.S.C. § 2255 (ECF No. 1) be denied.

Petitioner did not file objections to the Report and Recommendation, and the time to do so has passed.  I have considered Judge Torres's Report and Recommendation, the record, and the relevant legal authorities.  I find Judge Torres's Report and Recommendation clear, cogent, and compelling.

It is **ORDERED and ADJUDGED** that Judge Torres's Report and Recommendation (ECF No. 14) is **AFFIRMED and ADOPTED**.  Accordingly, the Motion to Correct Sentence (ECF No. 1) is **DENIED**.  The Clerk is directed to **CLOSE** this case.

It is **FURTHER ORDERED and ADJUDGED** that Petitioner has not demonstrated that "jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 326 (2003); *accord Lott v. Attorney Gen., Fla.*, 594 F.3d 1296, 1301 (11th Cir. 2010) (explaining that a "petitioner need not

show he will ultimately succeed on appeal" in order to warrant a certificate of appealability).

Accordingly, this Court **DENIES** a Certificate of Appealability in this case.

      **DONE and ORDERED** in chambers, at Miami, Florida, this 21st day of March 2017.

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*